# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION



| | | |
|---|---|---|
| IN RE: | { | CASE NO. |
| | { | |
| WILLIAM F. STATON, | { | 393-38324-HCA-13 |
| | { | |
| DEBTOR | { | |

---

| | | |
|---|---|---|
| WILLIAM F. STATON, | { | ADVERSARY PROCEEDING NO. |
| | { | |
| PLAINTIFF | { | 394-3802 |
| | { | |
| VS. | { | |
| | { | |
| PARK FOREST BAPTIST CHURCH, | { | |
| FIRST KOREAN BAPTIST CHURCH | { | |
| OF DALLAS, TEXAS, INC., | { | |
| MOLLY W. BARTHOLOW, | { | |
| TRUSTEE, | { | |
| | { | |
| DEFENDANTS | { | |

COPY

U. S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

OCT 3 0 1996

TAWANA C. MARSHALL, CLERK

By_____
Deputy

## AGREED ORDER

At the docket call for this adversary proceeding, the Court, after considering the arguments of counsel, finds that there is good cause for the following and it is, therefore,

ORDERED that the automatic stay concerning the state court litigation styled *Park Forest Baptist Church v. Park Forest Center, Infoquik, Inc., and William F. Staton v. Karl Fickling, Charles T. Thomas, Dorothy Edwards, and James M. Burgess*, No. 90-12788-J, 191st Judicial District Court, Dallas County, Texas, is modified to allow the appeal of the judgment granted by the state court.

**IT IS FURTHER ORDERED** that this adversary proceeding be abated until such time as the state appeal court has rendered its decision concerning the appeal of the above-referred to state court proceeding; at which time, the parties will report back to this Court.

SIGNED:_____OCT 2 8 1996_____, 1996.

> ORIGINAL SIGNED BY
> /s/ HAROLD C. ABRAMSON

_____

**THE HONORABLE HAROLD C. ABRAMSON,
UNITED STATES BANKRUPTCY JUDGE**

**AGREED AND ACCEPTED BY:**

PALMER & PALMER, P.C.

By:_____

Philip I. Palmer, Jr.
State Bar No. 15438000
Gary R. Trebert
State Bar No. 20205500
1201 Main Street, Suite 1510
Dallas, Texas 75202
(214) 748-1211
(214) 748-7920 (fax)

**ATTORNEYS FOR DEBTOR**

SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.


By:_____
     John Y. Bonds, III
     State Bar No. 02589100
     1600 Bank One Tower
     500 Throckmorton
     Fort Worth, Texas 76102-3899
     (817) 336-9333
     (817) 336-3735 (fax)

**ATTORNEYS FOR PARK FOREST
BAPTIST CHURCH**


_____
Mike McBride
State Bar No. 13332100
600 North Pearl Street
Suite 2300, L.B. 133
Dallas, Texas 75201
(214) 999-5700
(214) 999-5748 (fax)

**ATTORNEY FOR FIRST KOREAN BAPTIST
CHURCH OF DALLAS, TEXAS**

Agreed Order - Page 3
i:\wp\grt\orders\staton

SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.


By: _John Y. Bonds III_ (signature)
　　John Y. Bonds, III
　　State Bar No. 02589100
　　1600 Bank One Tower
　　500 Throckmorton
　　Fort Worth, Texas 76102-3899
　　(817) 336-9333
　　(817) 336-3735 (fax)

**ATTORNEYS FOR PARK FOREST
BAPTIST CHURCH**


_____

Mike McBride
State Bar No. _____
600 North Pearl Street
Suite 2300, L.B. 133
Dallas, Texas 75201
(214) 999-5700
(214) 999-5748 (fax)

**ATTORNEY FOR FIRST KOREAN BAPTIST
CHURCH OF DALLAS, TEXAS**